UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO: **12-cv-23649-King/McAliley**

IVAN GOVENDER

Defendant

_____/

**SUMMONS IN A CIVIL ACTION**

TO:

IVAN GOVENDER
8899 SE 82nd Street
Miami FL 33173-4164

*A Lawsuit has been filed against you.*

*Within 21 days after service of this summons on you, exclusive of the day of service, you must serve on the PLAINTIFF an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the PLAINTIFF'S ATTORNEY, who name and address are:*

PLAINTIFF'S ATTORNEY:

Shannon Harvey, Esquire
The Law Offices of Shannon Harvey, P.A.
1111 Lincoln Rd., Ste 400, Miami Beach, FL. 33139

*If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must also be filed with the Clerk of this Court within a reasonable period of time after service.*

DATE: **October 9, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/Tamisha Powell
Deputy Clerk
U.S. District Courts